PROB 35     Report and Order Terminating Supervision
(Rev 3/93)     Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                        Crim. No. 5:10-CR-97-1F

IAN SCOTT WATSON

      On Friday, July 24, 2009, the above named was placed on supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                  Respectfully submitted,

                                                                  /s/ Michael C. Brittain
                                                                  Michael C. Brittain
                                                                  Senior U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this _____27th_____ day of ___June___, 2012.

                                                       James C. Fox
                                                       Senior U.S. District Judge